**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. C 06-7625 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| T. VARIZ; et al., | |
| Defendants. | |

On April 2, 2007, the court found that the amended complaint in this action did not state a claim for relief and ordered plaintiff to file a second amended complaint by May 11, 2007. Order Of Dismissal With Leave to Amend, pp. 1, 3. Plaintiff did not file a second amended complaint and the deadline by which to do so has long passed. Accordingly, this action is dismissed with prejudice for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
SUSAN ILLSTON
United States District Judge