UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. C 06-7625 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| T. VARIZ; et al., | |
| Defendants. | |

This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 4, 2007

SUSAN ILLSTON
United States District Judge